UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO.  2:21-CR-00048-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **DEMETRIUS CHANTLIN (01)** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Kathleen Kay for report and recommendation.  After an independent review of the record, and noting the defendant's waiver of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the terms of the plea agreement filed in the record of these proceedings, the guilty plea of the defendant, Demetrius Chantlin, is **ACCEPTED** and he is finally adjudged guilty of the offense charged in Count One of the Indictment consistent with the report and recommendation.

THUS DONE AND SIGNED in Chambers on this 5th day of August, 2021.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**